HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR 97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **AMBER CHRISTINE HUMPHRIES,** | Case No. 6:18-cv-00215-BR |
| Plaintiff, | |
| vs. | ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES |
| **COMMISSIONER,** **SOCIAL SECURITY ADMINISTRATION** | |
| Defendant. | |

Attorney fees in the amount of $11,380.32 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this 13th day of March, 2019.

                                   *Anna J Brown*
ANNA J. BROWN
United State Senior District Judge

Submitted on March 9, 2019
s/ Ari D. Halpern
ARI D. HALPERN, OSB #045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff